IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DONNA JEAN MEMMOTT,

        Plaintiff,

   v.

ONEWEST REGIONAL BANK, FSB;
REGIONAL TRUSTEE SERVICES
CORP,

        Defendants.

1:10-cv-03042-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#100), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant OneWest filed objections (#103) and Plaintiff has responded to those objections (#112) and I have reviewed the file of this case

1 - ORDER

*de novo*. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#100). Defendant's Motion to Dismiss (#89) is DENIED, except as to those claims identified which Plaintiff has conceded and as noted in the Report and Recommendation.

    IT IS SO ORDERED.

DATED this **21** day of February, 2014.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER